| | |
|---|---|
| 1 | JOHN L. BURRIS, ESQ., SBN 69888 |
| | LATEEF GRAY, ESQ., SBN 250055 |
| 2 | JAMES COOK, ESQ., SBN 300212 |
| | **LAW OFFICES OF JOHN L. BURRIS** |
| 3 | Airport Corporate Centre |
| | 7677 Oakport Street, Suite 1120 |
| 4 | Oakland, California 94621 |
| | Telephone: (510) 839-5200 |
| 5 | Facsimile: (510) 839-3882 |
| | john.burris@johnburrislaw.com |
| 6 | lateef.gray@johnburrislaw.com |
| | james.cook@johnburrislaw.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN WRIGHT-TURBIN, an individual; CLIFTON GUPTON, an individual, | |
| Plaintiffs, | Case No. 4:16-cv-07393 CW |
| v. | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |
| CITY OF OAKLAND, a municipal corporation; WILLIAM FEBEL, individually and in his capacity as Police Officer for the CITY OF OAKLAND; JASON BELLIGAN, individually and in his capacity as Police Officer for the CITY OF OAKLAND; and DOES 1-50, inclusive, individually and in their official capacity as Police Officers for the CITY OF OAKLAND, | |
| Defendants. | |

Plaintiff EVELYN WRIGHT-TURBIN, an individual and Defendants CITY OF OAKLAND, WILLIAM FEBEL, and JASON BELLIGAN, et al., have resolved this case in its

entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 8/31/2017

/s/ James Cook
James Cook
Lateef Grey
Attorney for Plaintiff

Dated: 8/31/2017

/s/ Evelyn Wright-Turbin
EVELYN WRIGHT-TURBIN
Plaintiff

Dated: 8/31/2017

/s/ Charles Edward Vose
Attorney for Defendant

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **8/31/2017**, I served the following document(s):

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

on the following interested parties:

| | |
|---|---|
| Charles Edward Vose<br>City Attorney's Office<br>City of Oakland<br>One Frank Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>510-238-2961<br>Fax: 510-238-6500<br>Email: cevose@oaklandcityattorney.org | |

Said service was performed in the following manner:

(X) BY U.S. POSTAL SERVICE (Mail): I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

( ) BY EXPRESS MAIL SERVICE (UPS or Federal Express): I placed each such document in a sealed envelope addressed as noted above, for collection and mailing by express mail service at San Francisco, California, following the above state business practice, on this date.

( ) BY U.S. POSTAL SERVICE CERTIFIED (Mail): I placed each document in a sealed envelope addressed as noted above, with first-class mail postage and certified mail fees, plus the appropriate U.S. Certified Mail Card thereon fully prepaid, for collection and mailing at Oakland, California, following the above-stated business practice, on this date.

( ) BY PERSONAL SERVICE: I caused to be hand-delivered each such envelope to the address[es] listed above on this date.

( ) BY FACSIMILE: I transmitted said documents[s] by a facsimile machine to the parties at

| | |
|---|---|
| 1 | the number[s] indicated above on this date. The transmission was reported as complete and without error per the attached transmission report issued by the sending fax machine. |
| 2 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed 8/31/2017, at San Francisco, California. |
| 3 | |
| 4 | _____<br>James Cook |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |